**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg Division**

**JESSICA JOYCE GIFFORD,**

      **Plaintiff,**

**v.**

                                   **Civil Action No. 1:26-cv-00014**
                                     **Judge Thomas S. Kleeh**

**EQUIFAX INFORMATION
SERVICES, LLC,**

      **Defendant.**

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule of Civil Procedure 16.1, the parties, by counsel, submit this Report of Parties' Planning Meeting. Counsel conferred on May 28, 2026. Plaintiff has demanded a jury trial, and the parties submit the following proposed schedule for the Court's consideration.

## CASE INFORMATION

| | |
|---|---|
| Case style | Jessica Joyce Gifford v. Equifax Information Services, LLC |
| Civil action number | 1:26-cv-00014-TSK |
| Court | United States District Court for the Northern District of West Virginia, Clarksburg Division |
| District Judge | Hon. Thomas S. Kleeh |
| Type of trial requested | Jury trial |
| Date case filed | February 25, 2026 |
| Date first defendant appeared | May 6, 2026 |
| Date of Rule 26(f) conference | May 28, 2026 |

## PROPOSED SCHEDULE

| Event | Proposed Deadline / Date |
|---|---|
| Deadline to join additional parties and amend pleadings | July 21, 2026 |
| Plaintiff's Rule 26(a)(2) expert disclosures | November 6, 2026 |
| Defendant's Rule 26(a)(2) expert disclosures | December 4, 2026 |
| Rebuttal expert disclosures | December 18, 2026 |
| Last date to serve discovery requests | December 4, 2026 |
| Last date to take discovery depositions; close of discovery | January 8, 2027 |
| Mediation to be completed by | January 22, 2027 |
| Dispositive motions, except Rule 12 motions, due | February 5, 2027 |
| Settlement meeting and Rule 26(a)(3) disclosures | April 16, 2027 |
| Plaintiff's portion of proposed pretrial order due to Defendant | May 3, 2027 |
| Integrated proposed pretrial order due | May 10, 2027 |
| Pretrial conference requested | May 17, 2027 |
| Proposed jury instructions and proposed voir dire due | May 24, 2027 |
| Final settlement conference requested | June 4, 2027 |
| Trial date requested | June 7, 2027 |

## DISCOVERY PLAN

• The parties propose that discovery proceed under the limits set forth in the Federal Rules of

Civil Procedure unless otherwise ordered by the Court.

• The parties will timely exchange initial disclosures as required by Rule 26(a)(1).

• The parties will agree on a protocol for the production of electronically stored information, including the production of ESI and metadata.

• The parties do not presently request limitations on the subjects of discovery beyond those contained in the Federal Rules of Civil Procedure and the Local Rules of this Court.

## MEDIATION AND SETTLEMENT

The parties believe that mediation may be beneficial after the close of discovery. The parties propose that mediation be completed by January 22, 2027, which is after the discovery cutoff and approximately two weeks before the dispositive motion deadline.

The parties will conduct a settlement meeting no later than April 16, 2027, together with the exchange of Rule 26(a)(3) disclosures.

## DISPOSITIVE MOTIONS

The parties propose that dispositive motions, other than Rule 12 motions, be filed no later than February 5, 2027.

## CONSENT TO MAGISTRATE JUDGE

The parties do not consent to a magistrate judge conducting all proceedings in this matter.

## TRIAL

The parties request that trial be set for June 7, 2027. The matter is to be tried before a jury. Counsel anticipates that trial will require approximately three trial days, subject to revision as discovery proceeds.

Respectfully submitted,

| JESSICA JOYCE GIFFORD, Plaintiff, By Counsel, | EQUIFAX INFORMATION SERVICES, LLC, Defendant, By Counsel, |
|---|---|
| /s/ Benjamin M. Sheridan | |
| Benjamin M. Sheridan (#11296) | /s/ Vincent M. Roskovensky, with permission |
| ben@kleinsheridan.com | Vincent M. Roskovensky (WV ID #10160) |
| Jed R. Nolan (#10833) | Clark Hill PLC |
| jed@kleinsheridan.com | 301 Grant Street, 14th Floor |
| Counsel for Plaintiff | One Oxford Centre |
| Klein & Sheridan, LC | Pittsburgh, PA 15219 |
| 3566 Teays Valley Road | Telephone: (412) 394-7716 |
| Hurricane, WV 25526 | vroskovensky@clarkhill.com |
| (304) 562-7111 | Attorney for Defendant |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Clarksburg Division**

**JESSICA JOYCE GIFFORD,**

      **Plaintiff,**

**v.**

                                       **Civil Action No. 1:26-cv-00014**
                                          **Judge Thomas S. Kleeh**

**EQUIFAX INFORMATION**
**SERVICES, LLC,**

      **Defendant.**

### CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that on May 28th, 2026, a true and correct copy of the foregoing "***Report of Parties' Planning Meeting***" was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                       /s/ Benjamin M. Sheridan
                                       Benjamin M. Sheridan