## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
## CLARKSBURG DIVISION

**JESSICA JOYCE GIFFORD,**
        **Plaintiff,**

**v.**                                                    **Civil Action No. 1:26-cv-00014-TSK**


**EQUIFAX INFORMATION SERVICES, LLC,**
        **Defendant.**

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 5th day of June, 2026, a true and correct copy of "***Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendant Equifax Information Services, LLC***" was served upon counsel of record for Defendant via email.

/s/ Benjamin M. Sheridan
Benjamin M. Sheridan (#11296)

18