## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
## CLARKSBURG DIVISION

JESSICA JOYCE GIFFORD,

      Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES,
LLC,

      Defendant.

Case No. 1:26-cv-00014-TSK

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on June 8, 2026, I served Defendant Equifax Information Services LLC's Rule 26 Initial Disclosures, First Requests for Admission to Plaintiff, First Set of Interrogatories to Plaintiff, and First Requests for Production of Documents to Plaintiff upon counsel of record via electronic mail as follows:

| Benjamin Mathew Sheridan<br>ben@kleinsheridan.com | Jed R. Nolan<br>jed@kleinsheridan.com |
|---|---|

326443339v.1

2

DATED:  June 8, 2026

Respectfully submitted,

CLARK HILL PLC


By:  */s/ Vincent M. Roskovensky*
     Vincent M. Roskovensky
     vroskovensky@clarkhill.com
     CLARK HILL PLC
     One Oxford Center
     301 Grant Street, 14th Floor
     Pittsburgh, Pennsylvania 15219
     Telephone:  412-394-7716

*Counsel for Defendant*
*Equifax Information Services LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2026, I presented the foregoing CERTIFICATE OF SERVICE OF DISCOVERY with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Vincent M. Roskovensky*
Vincent M. Roskovensky
*Counsel for Defendant*
*Equifax Information Services LLC*

326443339v.1