**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

JESSICA JOYCE GIFFORD,

      Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES,
LLC,

      Defendant.

Case No. 1:26-cv-00014-TSK

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on June 8, 2026, I served Defendant Equifax Information Services

LLC's Rule 26 Initial Disclosures upon counsel of record via electronic mail as follows:

| Benjamin Mathew Sheridan<br>ben@kleinsheridan.com | Jed R. Nolan<br>jed@kleinsheridan.com |
|---|---|

DATED:  June 8, 2026

Respectfully submitted,

CLARK HILL PLC

By:  */s/ Vincent M. Roskovensky*

    Vincent M. Roskovensky
    vroskovensky@clarkhill.com
    CLARK HILL PLC
    One Oxford Center
    301 Grant Street, 14th Floor
    Pittsburgh, Pennsylvania 15219
    Telephone:  412-394-7716

*Counsel for Defendant*
*Equifax Information Services LLC*

326443339v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2026, I presented the foregoing CERTIFICATE OF SERVICE OF DISCOVERY with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Vincent M. Roskovensky
Vincent M. Roskovensky
*Counsel for Defendant*
*Equifax Information Services LLC*

326443339v.1