# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
## CLARKSBURG DIVISION

JESSIE JAMES GIFFORD,

   Plaintiff,

  v.

CAPTIAL ONE BANK (USA), NA,
EQUIFAX INFORMATION SERVICES,
LLC, TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC, and
COMENITY CAPITAL BANK

Defendants.

Case No. 1:26-cv-00014-TSK

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, a true and exact copies of Defendant Equifax Information Services LLC's Objection and Responses to Plaintiff's First Set of Interrogatories and Plaintiff's First Requests for Production of Documents have been served upon counsel of record via electronic mail.

DATED: July 6, 2026

Respectfully submitted,

CLARK HILL PLC

By: */s/ Vincent M. Roskovensky*
  Vincent M. Roskovensky
  One Oxford
  301 Grant St., 14th
  Pittsburgh, PA  15219
  Tel: 412-394-7716
  Email: vroskovensky@clarkhill.com

*Counsel for Defendant*
*Equifax Information Services LLC*

# CERTIFICATE OF SERVICE

This is to certify that a copy of this Certificate of Service was sent to all counsel of record via the Court's CM/ECF service.

*/s/ Vincent M. Roskovensky*
Vincent M. Roskovensky